UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID SAMUEL MARTINEZ-VELEZ (37),<br><br>    Defendant. | Criminal No. 95-029 (JAF) |

**O R D E R**

The court will hold a hearing on the surviving ineffective assistance of counsel claim **on February 27, 2006, at 9:30 A.M.** Attorney Irma Valldejuli will continue representing Defendant David Samuel Martínez-Vélez, who will be brought to MDC-Guaynabo **within twenty (20) days** so that he can be present at the hearing.

Trial counsel for Defendant, Luis A. Medina-Torres, Esq., will attend the hearing and be ready to give evidence as to the allegations behind the ineffective assistance of counsel claim. Attorney Valldejuli will contact counsel Medina and inform him as to the time and place of the hearing. The Clerk will also notify counsel Medina directly with a copy of this Order. Counsel may review this record, which contains all the information needed to understand the claim against him.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 18th day of January, 2006.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        U. S. District Judge